that one drink of intoxicating liquor was sold at a given place on June 6 constitute probable cause for believing that intoxicating liquor is kept and sold at the same place on July 5 following? Because of the brief time allowed for the presentation of this proceeding, the question was not discussed as thoroughly as its importance demands, and for this additional reason we reserve our opinion upon it.

The peremptory writ will issue in conformity to the prayer of the petition.

*Writ issued.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES RANKIN and STARK concur.

MR. JUSTICE GALEN, being absent on account of illness, did not hear the argument and takes no part in the foregoing decision.

---

STATE EX REL. OLIVER, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

(No. 5,628.)

(Submitted October 15, 1924. Decided November 24, 1924.)

[230 Pac. 1091.]

(For syllabus, see *State ex rel. Skrukrud* v. *District Court, ante,* p. 570.)

Original application for writ of prohibition by the State on the relation of S. O. Oliver, against the District Court of the Seventh Judicial District in and for the County of Dawson and the Judge thereof. Writ issued.

*Messrs. Hurley & O'Neil, Mr. C. A. Spaulding* and *Mr. H. F. McConnell,* for Relator.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.

Opinion: PER CURIAM.

The facts presented by this record are the same as those involved in *State ex rel. Skrukrud* v. *District Court, ante,* p. 570, 230 Pac. 1089, and upon the authority of that case a peremptory writ will issue herein in conformity to the prayer of the petition.

*Writer issued.*

STATE EX REL. WENDT, RELATOR, *v.* DISTRICT COURT
ET AL., RESPONDENTS.

(No. 5,629.)

(Submitted October 15, 1924. Decided November 24, 1924.)

[230 Pac. 1091.]

(For syllabus, see *State ex rel. Skrukrud* v. *District Court, ante,* p. 570.)

Original application for writ of prohibition by the State on the relation of Art Wendt against the District Court of the Seventh Judicial District in and for the county of Dawson and the Judge thereof. Peremptory writ issued.

*Messrs. Hurley & O'Neil, Mr. C. A. Spaulding* and *Mr. H. F. McConnell,* for Relator.

*Mr. L. A. Foot,* Attorney General, and *Mr. L. V. Ketter,* Assistant Attorney General, for the State.

Opinion: PER CURIAM.

The facts presented by this record are the same as those involved in *State ex rel. Skrukrud* v. *District Court, ante,* p. 570, 230 Pac. 1089, and upon the authority of that case a peremptory writ will issue herein in conformity to the prayer of the complaint.

*Writ issued.*